UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                :

EVERGREEN MARINE CORP. (TAIWAN)  :
LTD., et al.,                           :

                                :         25 Civ. 7981 (LGS)

                  Plaintiffs,  :

                                :           ORDER

            -against-         :

                                :

DANN MARINE TOWING LC, et al.,   :

                                :

              Defendants.  X

-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

The Court has been informed that the parties have reached a settlement in this case.

Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without

prejudice to restoring the action to the Court's calendar, provided the application to restore the

action is made within sixty (60) days of this Order. Any application to reopen filed after sixty

(60) days from the date of this Order may be denied solely on that basis. Any pending motions

are **DENIED** as moot, and all conferences are **CANCELED**.

Dated: December 4, 2025
       New York, New York

                                    LORNA G. SCHOFIELD
                             UNITED STATES DISTRICT JUDGE